SEALED
FILED
MAY 14 2025
BONNIE HACKLER
Clerk, U.S. District Court
By _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | SEALED |
| v. | Case No. CR 25-100 RAW |
| DEREK MICHAEL JAMES, | |
| *Defendant.* | |

### INDICTMENT

The Federal Grand Jury charges:

#### COUNT ONE

#### ASSAULT WITH A DANGEROUS WEAPON WITH INTENT TO DO BODILY HARM IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(3), 1151, & 1153]

On or about January 27, 2025, within the Eastern District of Oklahoma, in Indian country, the defendant, **DEREK MICHAEL JAMES**, an Indian, did assault Victim with a dangerous weapon with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151 and 1153.

#### COUNT TWO

#### ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(6), 1151, & 1153]

On or about January 27, 2025, within the Eastern District of Oklahoma, in Indian country, the defendant, **DEREK MICHAEL JAMES**, an Indian, did assault Victim, resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6), 1151 and 1153.

A TRUEBILL:

CHRISTOPHER J. WILSON
United States Attorney

*[signature]*

PATRICK M. FLANIGAN, FL Bar No. 47703
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

Pursuant to the E-Government Act,
the original indictment has been filed
under seal in the Clerk's Office.

s/ Foreperson
FOREPERSON OF THE GRAND JURY